No. 607. JOHN D. NAGLE, COMMISSIONER OF IMMIGRATION *v.* LOI HOA. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Mitchell* and *Assistant Attorney General Luhring* for petitioner. No appearance for respondent.

No. 608. JOHN D. NAGLE, COMMISSIONER OF IMMIGRATION *v.* LAM YOUNG, FOR AND ON BEHALF OF PHUONG CON. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Mitchell* and *Assistant Attorney General Luhring* for petitioner. No appearance for respondent.

No. 609. DANIEL V. HARKIN ET AL. *v.* EDWARD J. BRUNDAGE, RECEIVER, ETC., ET AL. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Lloyd C. Whitman* and *Bernhardt Frank* for petitioners. *Messrs Ralph F. Potter, Édward R. Johnston,* and *Henry Jackson Darby* for respondents.

No. 615. FRANK K. BOWERS, COLLECTOR OF INTERNAL REVENUE, *v.* WALTER E. FREW, WARREN B. NASH ET AL., ETC. November 23, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Mitchell* for petitioner. *Messrs. Abram J. Rose, Alfred A. Petti,* and *Philip M. Brett* for respondents.

No. 617. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION *v.* ROSENBERG BROTHERS AND COMPANY. November 23, 1926. Petition for a writ of cer-